Before the Second Division, August 2, 1938

No. 39137.—Protests 520323–G, etc., of Rodak Import &.Export Corp. et al. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel metal containers, tooth brush holders, tubes, jars, soap dishes, bottles, cylinders, boxes, powders, and puff boxes chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.

No. 39138.—Protests 591300–G, etc., of Saks & Co. et al. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Atomizers at 40 percent under paragraph 339, *Rice* v. *United States* (T. D. 49373) followed; (2) brushes at 45 percent under paragraph 1407, Abstract 8950 followed; and (3) mirrors at 50 percent under paragraph 230.

No. 39139.—Protests 306961–G, etc., of Globe Shipping Co. et al. (New York).

Opinion by Dallinger, J.   On the agreed facts the atomizers in question were held dutiable as household utensils at 40 percent under paragraph 339.   *Rice* v. *United States* (T. D. 49373) followed.

No. 39140.—Protests 711105–G, etc., of Stern Bros. et al. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of book ends of metal plated with silver, chiefly used in the household for utilitarian purposes.   The claim at 50 percent under paragraph 339 was sustained.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

No. 39141.—Protests 841006–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel book ends and fire screens chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.   Book ends plated with silver were held dutiable at 50 percent under the same paragraph.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.